```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 42988
    APARNA PARTHASARATHY
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-5871


------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 04/08/05 and confirmed on 06/10/05.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  13650.00 .

   4.   The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
ACUTE CARE SPECIALIST     UNSECURED     NOT FILED            .00             .00
CAPITAL ONE BANK          UNSECURED       6522.60            .00         1752.67
SMC                       UNSECURED        118.44            .00           31.83
CHASE                     UNSECURED     NOT FILED            .00             .00
CITIBANK NA               UNSECURED     NOT FILED            .00             .00
CREDIT FIRST NA           UNSECURED        553.24            .00          148.66
DISCOVER BANK             UNSECURED      10776.27            .00         2895.66
DUPAGE RADIOLOGISTS       UNSECURED     NOT FILED            .00             .00
WORLD FINANCIAL NETWORK   UNSECURED        163.60            .00           43.96
RESURGENT CAPITAL SERVIC  UNSECURED       2654.27            .00          713.22
ECAST SETTLEMENT CORPORA  UNSECURED       1743.10            .00          468.38
ADVENTIST GLENOAKS MEDIC  UNSECURED     NOT FILED            .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED      13894.43            .00         3733.53
HOME DEPOT                UNSECURED     NOT FILED            .00             .00
B LINE LLC                UNSECURED       4371.74            .00         1174.72
PENN CREDIT CORP          UNSECURED     NOT FILED            .00             .00
PUBLISHERS CLEARING HOUS  UNSECURED     NOT FILED            .00             .00
SUPERIOR AIR GROUND AMBU  UNSECURED        477.22            .00          128.23
WORLD FINANCIAL NETWORK   UNSECURED        604.70            .00          162.49

CREDITOR NAME             CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
         Summary of disbursements:
------------------------------------------------------------------------------
                       SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED         .00           .00     41879.61         .00      41879.61
PRINCIPAL PAID             .00           .00     11253.35         .00      11253.35
INTEREST PAID              .00           .00          .00         .00           .00
TOTAL PAID                 .00           .00     11253.35         .00      11253.35
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $     895.00   direct and $    1805.00   through the plan.

The Trustee received $      591.65 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 12/12/08                          /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE